UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES WILLIE JACKSON,<br><br>Defendant. | No. 2:16-CR-00196-LRS-1<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

Before this Court is Defendant's Motion to Modify Release Conditions (Unopposed). ECF No. 76. Specifically, Defendant asks the Court to modify Special Condition of Release No. 14, which requires he remain in the Eastern District of Washington pending trial.

Defendant recites in his motion that the condition has created a significant financial hardship for his family. Defendant states that his wife obtained employment in California six months ago and the cost of maintaining an apartment in both Spokane and California has become too burdensome to continue. Defendant further recites that if granted permission to relocate to California, he would be able to afford to travel to Washington for future proceedings.

Defendant represents that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification. ECF No. 76 at 3.

ORDER - 1

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 76**, is **GRANTED**.

Special Condition of Pretrial Release No. 14 is modified to read as follows:

**(14)** Defendant shall remain in the Central District of California while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED June 27, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2